AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
                                          Sheet 1

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>SHAWN ELKINS | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.    2:20CR20005-001<br>USM No.   15715-010<br><br>James B. Pierce<br>Defendant's Attorney |

**THE DEFENDANT:**

☒  admitted guilt to violations: <u>1-13</u>.

☐  was found guilty of supervised release violation allegation(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Standard Condition No. 1: Failure to Report to the Probation Office within 72 hours of release from imprisonment | 03/31/2025 |
| 2 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | 04/01/2025 |
| 3 | Standard Condition No. 2: Failure to Report to the Probation Office as directed | 04/06/2025 |
| 4 | Special Condition No. 1: Failure to Comply with Substance Use Treatment | 04/04/2026 |
| 5 | Special Condition No. 5: Alcohol Use | 04/07/2026 |
| 6 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | 04/07/2026 |
| 7 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | 04/11/2025 |
| 8 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | 04/25/2025 |
| 9 | Standard Condition No. 13: Failure to Follow Probation Officer Instructions | 06/21/2025 |
| 10 | Special Condition No. 5: Alcohol Use | 06/23/2025 |
| 11 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | 06/23/2025 |
| 12 | Standard Condition No. 13: Failure to Follow Probation Officer Instructions | 06/24/2025 |
| 13 | Standard Condition No. 13: Failure to Follow Probation Officer Instructions | 06/25/2025 |

The defendant is sentenced as provided on page <u>2</u> of this judgement. The sentence imposed is pursuant to the Sentencing Reform Act of 1984.

☐  The Court granted the government's motion to dismiss violation(s) _____ , without prejudice.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   <u>6256</u>

Defendant's Year of Birth:   <u>1985</u>

City and State of Defendant's Residence:
        Fort Smith, Arkansas

March 25, 2026
Date of Imposition of Judgment

/s/ Susan O. Hickey
Signature of Judge

Honorable Susan O. Hickey, United States District Judge
Name and Title of Judge

March 25, 2026
Date

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page ___2___ of ___2___

DEFENDANT:        SHAWN ELKINS
CASE NUMBER:      2:20CR20005-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total

term of: **Nine (9) months, with credit for time served in federal custody. There will be no term of supervised release to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____    ☐ a.m.    ☐ p.m.    on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL